# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 6:24-mj-00006-MK |
| | ) | |
| ELIZABETH WEST | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 26, 2023  in the county of  Lane  in the
_____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

The attached affidavit of Special Agent Damara Gonzalez, which is incorporated herein.

☑ Continued on the attached sheet.

/s/ Damara Gonzalez, per rule 4.1

*Complainant's signature*

Damara Gonzalez, Special Agent, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  3:35pm  a.m./p.m.

Date: January 12, 2023

*Judge's signature*

City and state:

Mustafa T. Kasubhai

*Printed name and title*