DISTRICT OF OREGON, ss:          AFFIDAVIT OF DAMARA GONZALEZ

**Affidavit in Support of a Criminal Complaint**

I, Damara Gonzalez, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.        I am a Special Agent with the Federal Bureau of Investigation and have been since 2011.  My current assignment is Eugene Resident Agency in Eugene, Oregon.  While employed by the FBI, I have investigated federal criminal violations related to terrorism, financial crimes, and crimes against children, as well as a number of other criminal offenses. I have worked with the FBI's Behavioral Threat Assessment Center (BTAC)[1] since 2016 and received advance training in threat assessment and threat management. I have worked throughout the state of Oregon training law enforcement, mental health and school officials on employing threat assessment teams to identify and de-escalate those on the pathway to violence.  As a Federal Agent, I am authorized to seek and obtain search warrants, to obtain arrest warrants, and to investigate violations of federal law.[2]

---

[1] BTAC is the only Federal Multi-jurisdictional team in the United States working with law enforcement and private entities to assess persons of concern on the pathway to violence. BTAC consults on approximately 150 to 200 cases a year. BTAC has conducted three phases of research into the behaviors and indicators individuals display on the pathway to violence prior to engaging in a targeted attack. SA Damara Gonzalez is a trained Threat Management Coordinator in the Portland FBI Division. She has worked with BTAC since 2016 and has received advanced training in this subject matter.

[2] *1 On January 11, 2019, I testified during a hearing on a motion to suppress statements in United States v. David George Hopkins (District of Oregon, 6:18-cr-00299-MC) regarding statements made by the defendant during a custodial interview. I provided incomplete oral Miranda rights from memory near the beginning of the interview. Approximately 15 minutes after the interview began, I presented the FBI FD-395 (Advice of Rights Form). I pointed out the first four rights and told defendant that the form included the same cautions I had just given him at the outset of the interview. After receiving his reading glasses, the defendant reviewed and signed the FBI FD395. Prosecutors deemed the initial verbal advisement inadequate and*

**Page 1 – Affidavit of Damara Gonzalez**

2.     I submit this affidavit in support of a criminal complaint and arrest warrant for Elizabeth WEST (hereinafter, "West") (D.O.B. XX/XX/1989) for violations of Title 18, United States Code, Section 875(c), Interstate Threatening Communications.  As set forth below, there is probable cause to believe, and I do believe, that West committed this offense.

3.     This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all of my knowledge about this matter.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

/ / /

---

*conceded noncompliance with Miranda for statements elicited before defendant was presented with the waiver form. Judge McShane, however, also suppressed defendant's statements elicited after he signed the form. He found that I failed to properly advise the defendant of his Miranda rights, purposely made a misleading statement to the defendant regarding his rights and acted with "purposeful obfuscation."*

*The Court did not, however, find that defendant's statements were involuntary: "[n]o threats were made to [the defendant], the tone of the interview was calm and conversational. [The defendant] certainly showed a willingness and desire to talk to the FBI agents, and there was no indication he was intimidated into doing so."*

*Special Agent in Charge (SAC), FBI Portland Division, Loren G. Cannon, Jr., determined the matter did not warrant referral to the FBI's Office of Professional Responsibility for a lack of candor or any other investigative deficiency. SAC Cannon found that my actions did not manifest an intent to deceive the subject or the Court. The United States Attorney's Office for the District of Oregon (USAO) disagreed with the Court's findings that I intended to mislead the defendant. SAC Cannon said, "the record demonstrates a total absence of coercion on the part of SA [Gonzalez] and an understandable but unfortunate mistake." The USAO will continue to prosecute cases I have investigated and will continue to use me as a witness.*

**Page 2 – Affidavit of Damara Gonzalez**

## Target Offense

4.      I have probable cause to believe that evidence of the below-listed violation will be found in the things to be searched as described in Attachment A: Title 18, United States Code, Section 875(c) (Interstate Threatening Communications), which provides that it is unlawful to transmit, in interstate or foreign commerce, any communication containing any threat to kidnap any person or any threat to injure the person of another.

## Statement of Probable Cause

## Facebook Post

5.      On September 26, 2023, the FBI received information from an anonymous tipster regarding a woman by the name of Elizabeth West who was threatening individuals at her place of work, on a Facebook page.  The screenshot associated with the Facebook post (included below) did not have a specific date on it.  However, the tipster indicated they provided the information as soon as they saw the posting.  West's post stated the following: "Well, I wish I had better news to tell but what I'm writing to you right now is the fact that I'm at the end of my rope I'm probably gonna get fired from his job. I'm […] supposed to be called into the office this morning so I wonder what lies are going to spew in order to justify firing me.  I'm too old to keep looking for jobs and I've had it up to here being bullied by trans phobic assholes I am left with no alternative. I'll probably have to go out in a blaze of glory.  I've been preparing for this moment a long time at least then I'll be remember I have no family no friends… So there really isn't any point living anymore? I'm just gonna have to do what I have to do and pray for the gods to forgive me." The posting included a photograph of two firearms: one appears to be a pistol and the other a semi-automatic firearm (depicted below).

**Page 3 – Affidavit of Damara Gonzalez**



**Confidential Human Source (CHS)**

6.      During the course of the investigation, FBI worked with a confidential human

source (CHS) who was a close associate of West[3]. The CHS provided information to FBI about West's personal history. According to the CHS, West was arrested in 1993 for placing a shot gun in the mouth of her father and pulling the trigger, but the gun did not go off.[4]

7.      According to the CHS, while West was in a relationship with her boyfriend, they would attend Neo-Nazi rallies in an unknown location in Washington. West and her boyfriend would host members from the rallies at their residence. This was approximately nine years ago and the CHS was unaware of West attending any rallies since.

8.      West also told the CHS that last year, during Christmas, West played "Russian Roulette" with herself. The CHS believes that West has the potential to kill others, and that West has access to weapons and lots of ammunition.

## Interviews of West

9.      West was interviewed by FBI special agents on September 28, 2023 and October 13, 2023, regarding the statements she posted online. During the first interview, West admitted to "projecting her suicidal thoughts" on the Facebook page titled "trans-women". The Facebook account was under the name "Elizabeth West", even though at the time of the interview West was legally named Wyona Wolf. During this interview, West provided her cell phone number.

10.     West told the interviewing agents she was lonely and felt suicidal in the past. She explained that she struggles with depression and had reached out to the White Bird Crisis line in Eugene in the past when she was feeling suicidal. West said her boyfriend passed away in 2017,

---

[3] The CHS has no criminal history and was motivated to work with the agents due to their concern of West's behavior and comments.

[4] Agents confirmed that West was charged with a felony that was later dropped in California in 1993. Agents are in the process of obtaining the police reports for this incident.

**Page 5 – Affidavit of Damara Gonzalez**

and she struggled to find a partner since.  West also recalled an experience with a recent partner. While at the partner's home, the partner snapped at West to clean up the grounds, and West responded, "I am not your nigger". West used this term with the agents when referring to individuals who are black.

11.     West explained she had a therapist, whom she saw about once a month, yet struggled to pay the co-pays for her therapy.  West offered that she has a primary care physician who was assisting her with the process of pursuing gender reassignment surgery and recently received notice that she had been approved for an initial consultation for gender reassignment surgery.  West was very excited and had been working toward this for some time.

12.     At the time of the aforementioned Facebook post that initiated this investigation, West explained she was upset because of an interaction she had with someone on Facebook. West had been communicating with a trans-woman who had moved from the UK to Oregon. This woman and her husband were building a cabin in the woods.  The woman was on Oregon Health Plan (OHP), even though she and her husband had money, because their income was unreported.  This woman told West about how she had gender reassignment surgery and didn't have to pay anything out-of-pocket for it.  This made West very upset, as she desperately wanted surgery but knew she would have to pay for it out-of-pocket.

13.     At the time of the interview, West told the agents she was not suicidal and did not need additional resources outside of her therapist.  West did not have any plans to harm herself or anyone else.  West was still lonely but feeling hopeful.  West explained she used to have a large collection of firearms but sold most of them.  However, West still had about 13 or 14 firearms.  West never brought a firearm to work and would never bring one to work.  West did

**Page 6 – Affidavit of Damara Gonzalez**

not have a concealed handgun license.

14.    On October 13, 2023, SA Damara Gonzalez and SA Hunter Fikes called West on her cell phone to follow up on her first interview.  At that time, West stated she had been fired from her previous job and was taking time off to regroup.  West needed more time off for her mental health than her job was allowing, which created a lot of stress for her.  Even though she was working, she explained that she was not making enough money to access her mental health counseling.  Now that she was unemployed, West believed she could reinstate her OHP and continue focusing on her mental wellness.

15.    West told the agents her earliest suicidal ideation was in 2016, and that she has since researched ways to kill herself.  One video that caught West's attention was that of a monk setting himself on fire.  West believed that it looked peaceful, and it was how she envisioned herself committing suicide.  Since she has left her job, she no longer feels suicidal, although the ideations come and go.  She said she had been hospitalized on three different occasions; each time was after an altercation.  During her hospital stays she was diagnosed with bipolar disorder, dissociative disorder and PTSD.

16.    West told the agents that her suicidal ideations come after poor engagements with individuals.  West believed that being back on OHP would allow her to establish a plan with a therapist to address these feelings.  West again stated she did not have plans to hurt herself or others and that she had not researched active shooters.

17.    West explained she still has access to firearms, although they were of more interest to her in her "boy days".  Now that she is in her "girl days" she does not need the firearms.  However, West did not want to give the firearms to the sheriff's office, because she

**Page 7 – Affidavit of Damara Gonzalez**

lives in a rural area and may need the protection.

18.    West told the Agents that in 1990 she was assaulted by three black males, and it was this personal attack that set off a "personal prejudice" in West against black people.  West also feels that black customer service agents' mis-gender her intentionally.  West's boyfriend, who died in 2017, had a Nazi flag.  After his death she found the flag and kept it.  West has not sent images of herself with the Nazi flag to anyone.  West has mixed feelings about Nazi sentiments.  She is juxtaposed on the climate in Israel; West feels Jewish people treat Palestinians in the same manner as the Nazis treated the Jews.  West is also angry that immigrants come to the United States and receive welfare and food stamps on her tax dollars, yet she is unable to access the same benefits.  The agents informed West that it is her constitutional right to engage in the freedom of speech, but she cannot advocate for violence against individuals.

## "X" Posts

19.    On November 27, 2023, the FBI became aware that West had established a social media account on the "X" platform (formerly known as "Twitter"), under the user handle "Elizabeth West", and her profile picture was a Nazi flag and a bio stating she was an older woman trying to find her way.  West had two followers and was following 13 accounts.

20.    From November 27 through December 15, 2023, agents frequented West's page as it was available to the public.  Agents observed that West posted and reposted multiple memes, videos and statements that contained violence toward black and Jewish people and immigrants, images of weapons owned, idolizing of Hitler and the Nazi flag, and a live-streamed video of the Christchurch Mosque shooting in New Zealand. During this time frame, West

changed her profile bio to the following: "A Nazi dominatrix from Hell, who is tired of the blackening of America and Europe and ready to stand up to the Black orcs and the Jewish Wizards".

21.     On November 24, 2023, West posted the below image and comment "bring it on blackie". From my training and experience, I know this image to be depicting one handgun, one shotgun and an AR-style assault rifle.



22.     On November 30, 2023, West posted an image of George S. Patton with the caption "We defeated the wrong enemy". An unknown person comments "America did not fight the wrong people. The N*zis were some of the worst people to ever live".  West replies to this comment stating: "We were the only ones at the time to stand up to the Jew and the mongrels and fight for an Aryan homeland and an Aryan world".

23.     On December 2, 2023, West posted another image of two handguns on a blanket with the comment: "I actually have two favorites that I switch around regularly, one is a G 20 in 10 mm and the other is a G41 N 45 auto [smiley winky face emoji]".



24.     On December 3, 2023, West reposted the live-stream footage from the

Christchurch Mosque Shootings in New Zealand[5]. The comment from the original poster states

"and it'll stop one way or another".  West also posted multiple screenshots from the live-stream

footage.

/ / /

/ / /

/ / /

/ / /

---

[5] On March 15, 2019, Brenton Tarrant entered two mosques during Friday prayer and live-streamed a far-right terror attack of 91 people. The attack was linked to an increase in white supremacy and alt-right extremism globally. The shooting has inspired many copycat killings, dubbed the "Tarrant effect". The guns and magazines used were covered in white writing naming historical events, people, and motifs related to historical conflicts, wars and battles between Muslims and European Christians. The slogans contained the names of other far-right attackers and white supremacist slogans such as the anti-Muslim phrase "Remove Kebab".





**Page 11 – Affidavit of Damara Gonzalez**

25.    On December 5, 2023, West uploaded a picture depicting a shotgun, an assault rifle, two handguns and an AK-47 with a white and green camouflaged body.  The comment on the picture states "don't forget white women".



26.    On December 7, 2023, West posted a picture of a Nazi flag with the comment "Your time will come (smiley face emoji)".  An unknown user responds to West post stating "That I agree with, and soon".



**Page 12 – Affidavit of Damara Gonzalez**

27.    On December 7, 2023, West posted multiple concerning posts and engaged in

violent rhetoric toward individuals who she referred to as Jewish.  West posted: " I never leave

my house unarmed I carry a Glock in my purse and a shotgun in my car".  West later engaged in

the following conversation with an unknown person who she referred to as Jewish and threatened

her life, as depicted below:



28.    On December 15, 2023, West posted a video clip of news footage of an alleged

hate crime that occurred in Los Angles against a bi-racial couple in August of 2020.  The video

is a compilation of multiple videos all pertaining to Nazi rhetoric. West then posts an image of a

Nazi Flag with the comment: "Merry Christmas everyone and may all your Christmas wishes be

**Page 13 – Affidavit of Damara Gonzalez**

white". As of December 15, 2023, West has 55 followers and is following 32 accounts.



29.     SA Gonzalez and SA Fikes attempted a third interview with West, as her behavior appeared to be escalating.  The agents called West on her cell phone on two different occasions. After each call the agents left West a message requesting a return phone call.

30.     From December 25 through December 28, 2023, West posted images with comments on her X page (depicted below) engaging in violent rhetoric about killing black

people. It appears West changed around the first letters of the comments to avoid having the content removed from X.



/ / /

/ / /

/ / /

/ / /

**Page 15 – Affidavit of Damara Gonzalez**



/ / /

/ / /

/ / /

/ / /

/ / /

**Page 16 – Affidavit of Damara Gonzalez**

31.    On December 29, 2023, SA Hunter Fikes received an email from NCIC alerting

him to the application for a "long gun" by West.  Based on my training and experience, I

understand a "long gun" to be a general description for a category of firearms with long barrels,

such as a rifle.  Additional details regarding the make and model of firearm, location of potential

purchase or any accessories were unable to be obtained.

32.    On December 29, 2023, West made the following post to her X account:



33.     On December 30, 2023, SA Gonzalez called West on her cell phone.  The call

went unanswered. SA Gonzalez left a message for West requesting a return call and identifying

as an FBI Agent. Later the same day, SA Hunter Fikes called West on her cell phone under the

pretext of an employee with the local electric company.  During the call, West confirmed her

name and address.  West told SA Fikes she was currently working in Eugene, Oregon but did not

mention the place of employment.

34.     After reviewing these posts, SA Damara Gonzalez received subpoena records

from X showing that specific IP addresses belonging to Verizon were used to log into Elizabeth

West's X account.  Subpoena records received by SA Gonzalez on January 2, 2023 from Verizon

show those same IP addresses belonged to West's cell phone number.

### January 3, 2023, Interview with West

35.     On January 3, 2023, West left a voicemail for SA Damara Gonzalez, returning her

phone call, and requested to meet SA Damara Gonzalez for an interview.  SA Gonzalez and SA

Fikes met West at a local coffee shop.  West stated that her phone number was 541-780-9334

and that her X account was "Elizabeth West". She did not recall the user ID but allowed the

agents to scroll through her account page.  West's account page matched the X content outlined

previously in this affidavit.

36.     West acknowledged that she hates Jews, African Americans, and immigrants.

West acknowledged that her X page was full of hateful and violent rhetoric that she consumes

and posts daily.  West indicated she has multiple shotguns and AR-15s at her residence that she

keeps in a safe.  West also indicated she is very familiar with the weapons and used to go to a

shooting range.  West scaled back on shooting when ammunition became too expensive.  West

**Page 18 – Affidavit of Damara Gonzalez**

told the agents she has not purchased a new weapon in approximately ten years.

37.    West also said she has revolvers; she recently gave those to her neighbors for safe keeping.  Last Christmas (2022), West explained, she placed a bullet in the revolvers and played Russian roulette with herself. She admitted to being in a dissociative state at the time she did this.  West explained that she currently suffers from bio-polar disorder and dissociative personality disorder.  As a result, West explained, she is currently on medication, although she feels the medication eventually stops working.

38.    West declined the agents' offer to remove her weapons and keep them at the sheriff's office.  West stated the weapons were her lifeline and "money in the bank". If she needed to sell them, she would like to access them.  West also explained she has previously sold firearms to the local Cabela's.

39.    West stated that she is currently alone with no friends or family.  West needs someone to take care of her.  She has no savings and does not know what she will do about retirement.  She is currently working at a new job, which she feels is safer than the last because there are no black people or Mexicans.  Her gender is also recognized at this new place of employment.

40.    West is currently seeking medical attention from a psychiatrist and a counselor but can only afford this because she is still receiving OHP.  Once she receives the pay from her current job, she will no longer be able to afford her mental health providers.  West is also a part of several support groups.  However, with this new job she will not be able to attend the support groups as she will have to work.  West would like to stay at this job for a year in order to apply for disability.

**Page 19 – Affidavit of Damara Gonzalez**

41.     At the last job West had, she was making too much money to receive Oregon health benefits, so she could not afford her mental health treatment and had lost touch with her support groups.  This caused her to go into mental distress.  Her job did not provide her with enough time off to address her mental distress.  West believes this treatment forced her into feeling suicidal and homicidal.  West told the agents at the time she wrote the Facebook post (the one that initiated this investigation) she was in another dissociative state.  Quitting the job and receiving her mental health treatment provided her relief.

42.     West's psychiatrist would like West to check into a hospital for an extended stay. West feels that she cannot leave her animals behind, and she just started a new job.  If she left now, she does not know if they are legally required to keep her on the job.  West told the Agents she would consent to allowing the Agents to speak to her mental health providers in order to ensure she was receiving the best care.

43.     West uses a journal to keep track of her feelings and writes to vent. She referred to her journal as a "black shadow book". Agents asked West if she ever journaled about keeping plans on who she would shoot or how she would engage in an act of targeted violence, and she stated "no".

### Search of West's Residence

44.     On January 9, 2024, FBI agents executed a search warrant of the person, vehicle, and residence belonging to West.  SA Damara Gonzalez and SA Hunter Fikes met West at her place of employment and informed West of the search warrant.  FBI agents recovered a single pistol from her vehicle.  West informed the agents that she had an appointment at her mental health provider and was released in time for her to make her appointment.  West requested

**Page 20 – Affidavit of Damara Gonzalez**

agents follow her to the appointment for her own safety.

45.    Upon searching West's residence the same day, agents seized approximately 11 handguns and 16 rifles[6], tens of thousands of rounds of ammunition, firearm accessories, a black book that matched the description of West's "black shadow" journal, 48 drawings, and a black and white composition notebook containing notes made by West.  Agents did not locate any revolvers at West's residence.  West's neighbors were contacted by the Cottage Grove Police Department and stated they never held any weapons for West (as West had described to agents in an earlier interview).  To date, law enforcement still does not know the location of these two revolvers.

46.    SA Gonzalez subsequently reviewed West's journal.  The journal contained writings from 2008-2016.  The first page of the journal stated the following: "Blood, death, self torture self hatred wicked thoughts of mass murder at the gloved hands of the veil mistress".  The journal depicts dreams of West turning into a black boy who is then hit by a car and dies.  West also journals about her PTSD, anxiety, and dissociative disorder.

47.    Within West's residence was also a black and white composition notebook. There were multiple notes in this book highlighting West's struggle with employment.  She journals about her beliefs of being harassed and lists those who have harassed her.  On one page, there are images of three rifles colored in ink and drawings of what appear to be hallways.

48.    SA Gonzalez also located approximately 48 hand drawings of what appear to depict West's "veil mistress".  The images depict a women dressed in attire typically associated

---

[6] Two of the firearms seized during the search warrant appear to match the firearms depicted in West's original Facebook post, referenced previously in this affidavit.

with a superhero, wielding a sword, stabbing, hanging, mutilating, and killing men, most of whom she refers to as "niggers".  One image is titled "That's Ms. Wolf to you! The Man Slayer-Queen of the under world".

49.     On January 11, 2024, SA Damara Gonzalez and SA Hunter Fikes interviewed the mental health worker assigned to work with West.  In the conversation, the agents were informed that West signed a release of information for her mental health worker to communicate with the agents.  According to her provider, West had made a plan to check herself into a hospital on December 21, 2023.  However, West's plan to care for her animals while she was going to be in the hospital fell through, and she did not check herself into the hospital.  The mental health worker informed the agents that if West stopped receiving mental health treatment or had access to weapons, they felt she would be a danger to herself and others.

50.     Based on the facts above, I believe there is probable cause to believe West's original Facebook posting constitutes an interstate threat, especially based on the accompanying photograph of firearms.  Additionally, the large amount of weapons and ammunition recovered from her residence and subsequent X posts (including clear violent animus toward specific minority groups and the display of firearms) indicate a willingness to elevate her original threat of violence towards specific minority groups.  The fact that West's original Facebook post states: "I've been preparing for this moment a long time…" is corroborated by West's own journal entries and drawings.

/ / /

/ / /

**Page 22 – Affidavit of Damara Gonzalez**

**Conclusion**

51.     Based on the foregoing, I have probable cause to believe, and I do believe, that Elizabeth West violated Title 18, United States Code, Section 875(c), Interstate Threatening Communications.  I therefore respectfully request that the Court issue a criminal complaint and arrest warrant for Elizabeth West.

52.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, arrest warrant, and summons were all reviewed by Assistant United States Attorney (AUSA) Adam Delph, and AUSA Delph advised me that in his opinion the affidavit and complaints are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaints, arrest warrant, and summons.


/s/ Damara Gonzalez, per rule 4.1
_____
Damara Gonzalez
Special Agent FBI


Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:35pm__ a.m/p.m. on __January 12, 2024__ .

_____
MUSTAFA T. KASUBHAI
United States Magistrate Judge


**Page 23 – Affidavit of Damara Gonzalez**